IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN L. SAULSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-cv-02149-MSN-tmp |
| | ) | |
| 164th TN AIR NATIONAL GUARD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

On March 7, 2024, plaintiff Brian L. Saulsberry filed a *pro se* complaint against the 16th TN Air National Guard, the United States Airforce, and the State of Tennessee. (ECF No. 1.) Saulsberry filed a motion for leave to proceed *in forma pauperis*, which the undersigned granted on June 11, 2024. (ECF Nos. 9 & 10.) Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation, as appropriate.

IT IS ORDERED that the Clerk shall issue process for the defendant and deliver said process to the U.S. Marshal for service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). All costs of service shall be advanced by the United States.

IT IS ORDERED that the plaintiff shall serve a copy of every

further document filed in this cause on the attorneys for the defendant, or on the defendant if the defendant does not have an attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall become familiar with the Federal Rules of Civil Procedure and this court's Local Rules.[1]

The plaintiff shall promptly notify the Clerk in writing of any change of address. Failure to comply with this requirement, or any other order of the court, may result in the dismissal of this case without further notice. The anonymity of the plaintiff and whether the case should remain under seal will be addressed once the defendant has been served with the complaint.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

June 11, 2024
Date

---

[1]A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.

- 2 -